Page 1
PS-8 (12/04)
VAE (rev 9/19)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Marianne Raquel Miller                             Docket No. 1:22-PO-159

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Kenneth G. Orsino, PROBATION OFFICER, presenting an official report upon the conduct of defendant Marianne Raquel Miller, who was placed under pretrial release supervision by the Honorable Ivan D. Davis, United States Magistrate Judge sitting in the court at 401 Courthouse Square, Alexandria, VA 22314, on February 24, 2022, under the following conditions:

- Submit to supervision by and report for supervision to Pretrial Services;
- Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance abuse screening or testing;
- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by Pretrial Services or supervising officer; and
- Participate in mental health counseling and treatment at the direction of the supervising officer and waive all confidentiality in connection with mental health treatment in order to allow the supervising officer to have direct contact with and exchange of information with mental health providers.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
- Failed to report for random drug testing.
- Use of illegal substances.
- Fail to comply with substance abuse treatment

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**It is hereby ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**ORDER OF COURT**

Considered and ordered this 16th day of May, 2022 and ordered filed and made a part of the records in the above case.

Digitally signed by Ivan D. Davis
Date: 2022.05.16 09:54:04 -04'00'

Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 12, 2022

Kenneth G. Orsino
Digitally signed by Kenneth Orsino
Date: 2022.05.12 16:11:46 -04'00'

Kenneth G. Orsino
U.S. Probation Officer
703-366-2109

Place: Manassas